**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEITH WARNER**                                                                              **PLAINTIFF**

**v.**                                    **Case No. 4:21-cv-00270 KGB-PSH**

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

<u>**ORDER**</u>

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 17).   No objections to the Recommendation have been filed, and the time for filing objections has passed.   After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.   The final decision of the Commissioner of the Social Security Administration is reversed, and this case is remanded for further proceedings.

It is ordered this 19th day of September, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge