# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEITH WARNER**                                                       **PLAINTIFF**

**v.**                        **Case No. 4:21-cv-00270 KGB-PSH**

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the final decision of the Commissioner of the Social Security Administration is reversed, and this case is remanded for further proceedings.

It is so ordered this 19th day of September, 2022.

_____
Kristine G. Baker
United States District Judge